UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ROOTS,<br>Plaintiff,<br>v.<br>ROBERT W. FOX, et al.,<br>Defendants. | Case No. 2:24-cv-01767-DC-CKD (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 31) |

On December 9, 2025, the magistrate judge filed findings and recommendations, which were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 31.) No objections were filed and the time to do so has passed.

It appears that Plaintiff's copy of the findings and recommendations was returned. However, it is a plaintiff's responsibility to keep the court updated on his current address. *See Barboza v. MCSO Jail Div.*, No. 1:23-cv-0753-JLT-EPG, 2023 WL 5515987, at *1 (E.D. Cal. Aug. 25, 2023). Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 31) are ADOPTED in full;
2. The action is dismissed pursuant to Federal Rule of Civil Procedure 41(b); and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 17, 2026**

Dena Coggins
United States District Judge